UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAVID A. COOK,

           Plaintiff,                            Case No. 1:14cv399

v.                                                  Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.
_____/

### ORDER
### APPROVING AND ADOPTING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on April 13, 2015.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 13, 2015, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED and REMANDED** for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).

                                                                       /s/ Robert J. Jonker
                                                                        ROBERT J. JONKER
                                                                   UNITED STATES DISTRICT JUDGE

DATED:  May 6, 2015.